```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    NORTHERN DIVISION
```

**UNITED STATES BANKRUPTCY TRUSTEE**
**DEREK H. HENDERSON, on behalf of**
**LATASHA HANDY, Individually and as**
**an Heir at Law/Wrongful Death Beneficiary**
**of WILLIE HANDY, Jr.; ET AL.**                               **PLAINTIFFS**

**VS.**                         **CIVIL ACTION NO. 3:16-cv-370-WHB-JCG**

**QUALITY CORRECTIONAL HEALTH CARE, INC.**                     **DEFENDANT**


                         <u>**FINAL JUDGMENT**</u>

   In accordance with the Opinion and Order by which the Motion of Defendant, Quality Correctional Health Care, Inc., was granted:

   IT IS THEREFORE ORDERED that this case is hereby dismissed with prejudice.

   SO ORDERED this the 11th day of September, 2018.


                                   <u>s/ William H. Barbour, Jr.</u>
                                   UNITED STATES DISTRICT JUDGE